STATE OF NEW JERSEY v. ANGELINA MEDINA.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SWINDELL.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE JACKSON.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT TURNER.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PRENTIS M. PRITCHETT.

September 11, 1987.

Petition for certification denied.